BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YONG SHAO MA, | No. CIV-F 09-326 AWI YNP |
| Petitioner, | JOINT STIPULATION AND [~~PROPOSED~~] ORDER RE: DISMISSAL |
| v. | |
| Janet Napolitano, Secretary of Homeland Security, et al. | |
| Defendants. | |

This is an immigration case in which plaintiff has challenged the length of his detention by Immigration and Customs Enforcement. Because Petitioner is no longer within the custody of Defendants, the parties hereby stipulate to dismissal of this action as moot.

Dated: March 12, 2008

BENJAMIN B. WAGNER
United States Attorney

By: /s/Audrey Hemesath
Audrey B. Hemesath
Assistant U.S. Attorney
Attorneys for the Defendants

By: /s/ Thomas Anthony Lappin
Thomas Anthony Lappin
Attorney for the Petitioner

-1-

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the matter is DISMISSED.

IT IS SO ORDERED.

DATED: 12-1-09

UNITED STATES DISTRICT JUDGE